In the Matter of JOHN A. TABACCO, Respondent, v JOHN W. VITUCCI, Respondent, and BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Appellant.

Submitted April 13, 2009; decided June 4, 2009

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.